FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 22 AM 11: 11

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.

TONY BLACKSHEAR                    INDICTMENT CR588-00003-001

## ORDER

Defendant is presently serving a nine-month sentence imposed by this Court on July 30, 2007, based on Defendant's violation of the terms of his supervised release. On September 24, 2007, Defendant filed a Motion to Correct Sentence and a Motion to Dismiss Court Appointed Attorney. In his Motion to Correct Sentence, which Defendant erroneously files pursuant to Rule 35(a), he essentially asserts that because he committed his original offense of conviction prior to November 1, 1987, he was subject to a special parole term rather than a term of supervised release. It appears he claims he could not have violated his supervised release since he should have never been placed on supervised release and, thus, he should be immediately released from custody.

The Court has reviewed the Government's response to Defendant's motions and has reviewed the facts of the case. In Gozlon- Peretz v. United States, 498 U.S. 395 (1991), the Supreme Court held that supervised release was the proper form of supervision to be imposed for offenses committed between October 27, 1986, and November 1, 1987. Since Defendant's original offense of conviction occurred on March 4, 1987, a term of supervised release was properly imposed by the Court.

Since Defendant's sentence was correctly imposed, the Court need not address his request to dismiss his attorney.

For the foregoing reasons, Defendant's Motions are hereby **DENIED**.

**SO ORDERED**, this ⟋⟍ day of October, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
FOR THE SOUTHERN DISTRICT OF GEORGIA