UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

**UNITED STATES OF AMERICA**

v.                          588CR003

**TONY BLACKSHEAR**

## ORDER

In light of this Court's 5/22/08-entered Order, doc. # 284, Tony Blackshear's latest motion (# 285) is ***DENIED*** as moot. Blackshear is reminded that this case is now *over*. He has been released from custody and, due to the Court's rulings at doc. ## 267 and 270, he now runs no risk of being re-incarcerated based on his conviction in this case. Too, the Court has already ruled on his contention that his conviction and related forfeiture were somehow void or illegal. *See* doc. # 285 at 4. Hence, the Court will accept no further motions in this matter, which is now ***CLOSED***.[1]

This  27  day of May, 2008.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fairness to Mr. Blackshear, his latest motion obviously crossed in the mail with the Order at doc. # 284.