UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES

v.  588CR003

TONY BLACKSHEAR

## ORDER

In 1988, Tony Blackshear pled guilty to cocaine possession and was sentenced to 15 years plus 3 years of supervised release. Doc. ## 121, 132, 133. Supervised release violations put him back in prison, doc. # 221, but ultimately he won 28 U.S.C. § 2255 relief, doc. ## 263, 267, 270, when this Court concluded that it had been without jurisdiction to revoke his supervised release when it did. Doc. # 270 Hence, it released him from prison. *Id.*

Blackshear subsequently filed a "Motion to Void Judgment" to contest the 8/4/88 forfeiture of his property in the criminal case against him. Doc. # 271. The Court assumed it still had jurisdiction over Blackshear and denied relief. Doc. # 284 (entered 5/22/08); # 286 (Order denying Blackshear's "Motion for Summary Judgment"); *see also* # 298; *U.S. v. Blackshear*, 2008 WL 4845520 (S.D.Ga. 11/10/08) (unpublished).

Blackshear appealed that Order, doc. # 287, but the Eleventh Circuit issued a limited remand because he had filed an untimely Notice of Appeal, so this Court was tasked with determining whether Blackshear could show excusable neglect. Doc. # 298. This Court thus gave him 15 days to make that showing. *Id.*

Blackshear has responded with several motions (doc. ## 300-302) which are **DENIED** as nonsensical. Meanwhile, the Court finds that he has failed to show excusable neglect. The Clerk shall promptly transmit this ruling to the Eleventh Circuit.

This 10 day of December, 2008.

/s/ B. Avant Edenfield

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA